IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARKLAND GASSOWAY,

    Petitioner,               No. 2:08-cv-0652-JFM (HC)

    vs.

NICK DAWSON, Warden,        ORDER

    Respondent.

                                 /

        Petitioner is a former state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

1            4. Petitioner is granted forty-five days from the date of this order in which to file
and serve a supplemental traverse.

DATED: March 3, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
gass0652.110a