1

2

3

4

5

6

7

8

9                          IN THE UNITED STATES DISTRICT COURT

10                       FOR THE EASTERN DISTRICT OF CALIFORNIA

11   LARKLAND GASSOWAY,

12              Petitioner,                    No. 2:08-cv-0652-JFM (HC)

13        vs.

14   NICK DAWSON, Warden,                      <u>ORDER</u>

15              Respondent.

16   _____/

17        Petitioner is a former state prisoner on parole proceeding through counsel with a

18   petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is proceeding before

19   a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c).

20   Respondent has filed a motion to amend the judgment entered in this action on August 13, 2010,

21   granting petitioner's application.  Good cause appearing, IT IS HEREBY ORDERED that:

22        1.  Petitioner's opposition to respondent's August 20, 2010 motion to alter or

23   amend judgment shall be filed and served not later than twenty-one days from the date of this

24   order; and

25   /////

26   /////

2.  Respondent's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: August 24, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
gass0652.59e