IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARKLAND GASSOWAY,

            Petitioner,                 No. 2:08-cv-0652-JFM (HC)

    vs.

K. MENDOZA-POWERS, Warden,

            Respondent.          <u>ORDER</u>

_____/

        Petitioner is a former state prisoner on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is proceeding before a United States Magistrate Judge with the consent of the parties pursuant to 28 U.S.C. § 636(c).  <u>See</u> Orders filed August 30, 2007 and December 11, 2008.

        On August 13, 2010, this court granted petitioner's application for writ of habeas corpus and directed respondent to release petitioner from custody unless within thirty days from the date of the order the state elects to retry petitioner.  Order filed August 13, 2010, at 14.  Judgment was entered the same day.  On August 20, 2010, respondent filed a motion to alter or amend the judgment entered in this action.  Pursuant to this court's August 25, 2010 order, petitioner's opposition to the motion is due on or before September 15, 2010, and respondent's reply, if any, is due seven days thereafter.

1    Petitioner has now moved for a stay of this court's August 13, 2010 order pending

2    resolution of the motion to alter or amend the judgment and/or pending a subsequent appeal.

3    Good cause appearing, the time for respondent to comply with this court's August 13, 2010 order

4    will be extended pending further order of this court.  To the extent that respondent seeks a stay

5    pending appeal to the United States Court of Appeals, the request is premature and will be

6    denied.

7    In accordance with the above, IT IS HEREBY ORDERED that:

8    1.  Pending further order of this court respondent is granted an extension of time

9    to comply with this court's August 13, 2010 order; and

10    2.  In all other respects, respondent's September 3, 2010 motion for stay is denied.

11    DATED: September 7, 2010.

12

13

14
    UNITED STATES MAGISTRATE JUDGE

15    12

16    gass0652.sty

17

18

19

20

21

22

23

24

25

26

2